UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

LAURA DOANE,

              Plaintiff,

            v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

              Defendant.

CASE NO. C09-5704RJB

ORDER ADOPTING REPORT AND RECOMMENDATION

The Court, having reviewed plaintiff's complaint, the Report and Recommendation of Judge J. Richard Creatura, United States Magistrate Judge, and objections to the report and recommendation, if any, and the remaining record, does hereby find and ORDER:

(1)    The Court adopts the Report and Recommendation (Dkt. 21);

(2)    The administrative decision is **AFFIRMED**; and

(3)    The Clerk is directed to send copies of this Order to counsel of record.

DATED this 15th day of September, 2010.

_____
ROBERT J. BRYAN
United States District Judge

ORDER - 1